# EXHIBIT 1

🌐 **File**: KEC - PUBLIC COMPLAINTS ABOUT THE CURRICULUM OR INSTRUCTIONAL MATERIALS

The BHRSD School Committee recognizes the need and right of students to free access to many different types of books and materials. It also recognizes the right of the professional staff to select books and other materials supportive of the District's educational philosophy and goals.

A.  Public Complaints about curricular and instructional materials

The School Committee will not permit any individual or group to exercise censorship over instructional materials and library collections, but recognizes that at times a reevaluation of certain material may be desirable. Should an individual or group ask to have any book or other material withdrawn from school use:

If a parent requests that his/her own child not read a given book, the teacher and/or Principal should resolve the situation, perhaps by arranging for use of alternative material meeting essentially the same instructional purpose. This does not apply however, to basic program texts and materials that the School Committee has adopted.

If the situation is not resolved:

> 1.  If the issue is not resolved to the satisfaction of the individual, the teacher or principal will ask the individual to complete a Request for Reconsideration of Instructional Materials form.
>
> 2.  When the completed request is returned to the teacher, the principal will appoint an ad hoc committee to review the resource. The principal will serve as the chairperson of the committee, which will consist of the librarian, the teacher, a parent, a school committee member, and a student if age appropriate.
>
> 3.  The ad hoc committee will meet its obligations by viewing/listening/reading the resource in its entirety, taking into consideration purpose, relevance, content, appropriateness, authenticity as well as consulting professional reviews.  The committee will come to consensus on whether the resource will be removed from the classroom and / or curriculum.  A written recommendation prepared by a designated member of the committee will document all sources and the committee's decision.
>
> 4.  The principal will deliver the written recommendation to the superintendent, who will present it to the school committee.  The superintendent will communicate the decision to the individual within 30 days of the request submission.
>
> 5.  Once the ad hoc committee has come to a decision regarding an individual library resource, no further challenges of the same resources will be considered for a period of five years.

B.  Public Complaints About Library Materials

If a member of the BHRSD school community has an objection to an information resource available in one of the district schools' library collections, the process for reconsidering items follows a standard procedure:

> 1.  Reconsideration requests will first be addressed to the librarian either verbally or in writing. If an individual first brings an issue to the attention of the administration or other staff member, it will be directly referred to the librarian.  If the request is communicated verbally, the librarian will write down the concern and verify its accuracy with the individual bringing the challenge.
>
> 2.  The librarian will review the resource in question, provide a printed copy of the district Library Media Center Materials Selection Policy to the individual, and discuss concerns in person or via phone.
>
> 3.  If the issue is not resolved to the satisfaction of the individual, the librarian or principal will ask the individual to complete a Request for Reconsideration of Library Materials form.
>
> 4.  When the completed request is returned to the librarian, the principal will appoint an ad hoc committee to review the resource. The principal will serve as the chairperson of the committee, which

will consist of the librarian, a teacher, a parent, a school committee member, and a student if age appropriate.

5. The ad hoc committee will meet its obligations by viewing/listening/reading the resource in its entirety, taking into consideration purpose, relevance, content, appropriateness, and authenticity, as well as professional reviews. The committee will come to consensus on whether the resource will be removed from circulation. A written recommendation prepared by a designated member of the committee will document all sources and the committee's decision.

6. The principal will deliver the written recommendation to the superintendent, who will share it with the school committee and communicate the decision to the individual within 30 days of the request submission.

7. Once the ad hoc committee has come to a decision regarding an individual library resource, no further challenges of the same resources will be considered for a period of five years.

In summary, the School Committee assumes final responsibility for all books and instructional materials it makes available to students; it holds its employees accountable for their proper selection. It recognizes rights of individual parents with respect to controversial materials used by their own children; it will provide for the reevaluation of materials in library collections upon formal request. On the other hand, students' right to learn and the freedom of teachers to teach will be respected.

LEGAL REF.: M.G.L. 76:5

           603 CMR 26.00

CROSS REFS.: IJ, Instructional Materials

           IJJ, Selection and Adoption of Textbooks

           IJL, Selection and Adoption of Library Materials

*1st Reading: March 14, 2024; 2nd Reading: April 11, 2024; Approved: April 11, 2024*