UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARANTZAZU ZUZENE GALDOS-SHAPIRO,<br><br>    Plaintiff,<br><br>    v.<br><br>THE TOWN OF GREAT BARRINGTON, et al.,<br><br>    Defendants. | Civil Action No. 24-30070-MGM |

ORDER ON DEFENDANTS' MOTIONS TO DISMISS
AND PLAINTIFF'S MOTION FOR LEAVE TO FILE
A SECOND AMENDED COMPLAINT
(Dkt. Nos. 17, 21, and 38)

September 30, 2025

MASTROIANNI, U.S.D.J.

Presently before the court are motions to dismiss filed by Defendants and a motion for leave to file a second amended complaint filed by Plaintiff. Defendant Dillon's motion to dismiss is granted in its entirety. (Dkt. No. 21.) The motion to dismiss filed by the Great Barrington Defendants (Storti, O'Brien, and the Town of Great Barrington) is granted in part and denied in part. (Dkt. No. 17.) Specifically, the Great Barrington Defendants' motion is granted as to Count II, to the extent it asserts an unlawful search; and Count V. However, the Great Barrington Defendants' motion is denied as to Count I; Count II, to extent it asserts an unlawful seizure of the person; Count III; and Count IV. Plaintiff's motion for leave to file an amended complaint is granted in part and denied in part. (Dkt. No. 38.) Specifically, leave to add a defamation claim against Storti only, limited to the release of the December 16 press release, is granted. However, leave to assert a defamation claim based on the unredacted police report and Defendant Dillon's

email, and leave to assert an intentional infliction of emotional distress claim, is denied. A memorandum detailing the court's reasoning to follow.

    It is So Ordered.

                                                                 /s/ Mark G. Mastroianni
                                                       MARK G. MASTROIANNI
                                                       United States District Judge